# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-387 (1) (RHK) |
| Plaintiff, | **ORDER** |
| v. | |
| James Carl Wehmhoff, | |
| Defendant. | |

The Court, *sua sponte*, **CONTINUES** the Defendant's sentencing, now scheduled for Tuesday, September 21, 2010, at 9:30 a.m., to either Monday, October 18 or Tuesday, October 19, 2010. An order setting the new date and time for the rescheduled sentencing will be filed in due course.

Dated: September 17, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge